

# THE THIRTEENTH COURT OF APPEALS

## 13-18-00620-CV

Pension Advisory Group, Inc. and Paul D. Hinson
v.
Fidelity Security Life Insurance Company and David Smith

On Appeal from the
343rd District Court of Aransas County, Texas
Trial Court Cause No. A-12-0179-CV-C

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

March 12, 2020